# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. BAKER, et.al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01511-DAD-SAB (PC)<br><br>ORDER VACATING JANUARY 13, 2020, SERVICE ORDER<br><br>[ECF No. 10] |

Plaintiff Ricky Tyrone Foster is a state prisoner pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2018, Defendant Baker and Navarro removed this action from the Kern County Superior Court.

On January 13, 2020, the undersigned screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable claim for retaliation and failure to intervene while Plaintiff was assaulted by another inmate against Defendants C. Baker, J. Navarro, John Doe 1 and John Doe 2, and ordered the complaint be electronically served. (ECF No. 10.)

///

///

1

However, in as much as Defendants have appeared in this case based on the notice of removal and it is HEREBY ORDERED that the January 13, 2020, order is VACATED as unnecessary, and Defendants C. Baker and J. Navarro are directed to file a response to the first amended complaint within thirty days from the date of service of this order. Plaintiff is advised that the Court cannot order service of a Doe defendant as Plaintiff is required to identify him or him with enough information to locate the defendant for service of process. Once of the identity of a Doe defendant is ascertained, the Plaintiff must file a motion to amend his complaint only to identify the Doe defendant.

IT IS SO ORDERED.

Dated: **January 14, 2020**

UNITED STATES MAGISTRATE JUDGE