UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. BAKER, et.al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01511-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>[ECF No. 22] |

Plaintiff Ricky Tyrone Foster is a state prisoner *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for entry of default, filed February 21, 2020.

This action is proceeding against Defendants C. Baker, J. Navarro, John Doe 1 and John Doe 2 for retaliation and failure to intervene.

Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that a defendant that has timely waived service under Rule 4(d) must respond "within 60 days after the request for a waiver was sent, or within 90 days after it was sent to the defendant outside any judicial district of the United States." Fed. R. Civ. P. 12(a)(1)(A)(ii).

///

///

1

Rule 55(a) of the Federal Rules of Civil Procedure requires the Clerk of the Court to enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

In this instance, the requests for waiver of service were received on January 13, 2020, and filed with the Court on February 12, 2020. (ECF No. 17.) Therefore, pursuant to the waivers of service, Defendants timely filed a response to the complaint on February 12, 2020, by way of filing a motion for summary judgment for failure to exhaust the administrative remedies. (ECF No. 16.) Accordingly, Plaintiff's request for entry of default is DENIED.

IT IS SO ORDERED.

Dated: **February 25, 2020**

UNITED STATES MAGISTRATE JUDGE